■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALDEN SWAILS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Craw-

*ford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Maas, J.—burglary, third degree.) Present—Dillon, P. J., Callahan, Doerr, Boomer and Lawton, JJ.